UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHANGARA S. and<br>JOGINDER K. RAHAL, | ) <br> ) <br> ) | Case No. 1: 11-cv-02083-LJO-BAM |
| Plaintiff, | ) <br> ) | **ORDER GRANTING PLAINTIFFS'<br>MOTION TO AMEND COMPLAINT** |
| v. | ) <br> ) | |
| THE UNITED STATES OF AMERICA<br>INTERNAL REVENUE SERVICE | ) <br> ) <br> ) | |
| Defendant. | ) <br> ) | |
| _____ | ) | |

On March 8, 2012, Plaintiffs Shangara S. and Joginder K. Rahal ("Plaintiffs") filed a motion to amend their complaint.  (Doc. 9.)  The United States of America, Internal Revenue Service ("Defendant") does not oppose this motion.  (Doc. 9.)  Upon consideration of Plaintiffs' unopposed motion, and pursuant to Fed. R. Civ. P. 15(a)(1)(A), the Court GRANTS Plaintiffs' motion to amend.   Plaintiffs have already filed their Amended Complaint (Doc. 8) and there is no need to refile.  The Amended Complaint filed on March 8, 2012 (Doc. 8) is now the operative pleading.

IT IS SO ORDERED.

Dated:   March 9, 2012                        /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE