# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGARA S. RAHAL and<br>JOGINDER K. RAHAL<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　　Defendants. | CASE NO. 1:11-CV-2083-LJO-BAM<br><br>**ORDER CONTINUING<br>SCHEDULING CONFERENCE**<br><br>**NEW DATE: July 10, 2012**<br><br>TIME:　　　8:30 a.m.<br><br>CTRM:　　　8 (6th floor)<br>　　　　　　**Barbara A. McAuliffe**<br>　　　　　　**U.S. Magistrate Judge** |

### ORDER

Having reviewed the parties Stipulation, IT IS HEREBY ORDERED that the Scheduling Conference is continued from April 26, 2012 to July 10, 2012 at 8:30 AM in Courtroom 8 before Judge McAuliffe. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov.

　　IT IS SO ORDERED.

　Dated:　**April 16, 2012**　　　　　　　／s／ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE